IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WILLIAM WISECARVER,
ADC #658483                                                                                           PLAINTIFF

V.                            CASE NO. 1:16-CV-00133 KGB/BD

CYNTHIA TILLMAN, et al.                                                                       DEFENDANTS

## RECOMMENDED DISPOSITION

**I.** **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.** **Discussion**

The Court ordered Plaintiff William Wisecarver to file an amended complaint because the original complaint was filed by another inmate on his behalf; it did not explain how Mr. Wisecarver's federal rights had been violated; and Mr. Wisecarver did not sign the complaint. The Court gave Mr. Wisecarver thirty days to file an amended complaint.

On March 8, 2017, Mr. Wisecarver moved for additional time to file his amended complaint, which the Court granted. (#10) Mr. Wisecarver's amended complaint was due on April 4, 2017. The Court specifically cautioned Mr. Wisecarver that his claims could be DISMISSED, without prejudice, if he failed to comply with the Court's March 8, 2017 order.

Since the Court's order granting Mr. Wisecarver additional time to amend his complaint, he has moved for court-appointed counsel and has filed eighty-seven pages of grievance papers. He has not submitted an amended complaint, however, as ordered. The time allowed for amending the complaint has expired.

### III. Conclusion

The Court recommends that Mr. Wisecarver's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's March 8, 2017 order and his failure to prosecute this lawsuit.

DATED this 25th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE