IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM WISECARVER<br>ADC #658483 | PLAINTIFF |
| v. | Case No: 1:16-cv-00133 KGB |
| CYNTHIA TILLMAN; *et al.* | DEFENDANTS |

## ORDER

The Court has received a Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 15). The parties have not filed objections. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects. This action is dismissed without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this the 29th day of June, 2017.

Kristine G. Baker
United States District Judge